■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SCARCELLA, Appellant.—Judgment of the County Court, Nassau County, rendered January 17, 1978, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Martuscello, Rabin and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILTON R. SMITH, Appellant.—Appeal by defendant, as limited by his motion, from so much of (1) a sentence of the Supreme Court, Queens County, imposed July 22, 1977, as, upon his conviction of endangering the welfare of a child, upon his plea of guilty, fined him $1,000 and (2) an amended sentence of the same court, also imposed July 22, 1977, as, upon the revocation of a previously imposed sentence of probation, fined him $1,000. Sentence and amended sentence reversed insofar as appealed from, as a matter of discretion in the interest of justice, and the fines are deleted therefrom. The sentence and amended sentence are excessive to the extent indicated herein. Rabin, J. P., Gulotta, Cohalan and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY J. TRIMARCO et al., Appellants.—Appeal by defendants, as limited by their motion, from two sentences (one as to each of them) of the County Court, Nassau County, both imposed June 8, 1978. Sentences affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Rabin, J. P., Gulotta, Hawkins and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE YOUNG, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 2, 1977, convicting him of rape in the first degree, sodomy in the first degree and two counts of robbery in the first degree, upon his plea of guilty and imposing sentence. Judgment affirmed. We have fully examined the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *People v Foster*, 58 AD2d 814). Hopkins, J. P., Martuscello, Rabin and Margett, JJ., concur.